**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **WESTFIELD INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 2:18-cv-00081** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **NORRIS BROTHERS EXCAVATING, LLC,** | ) | |
| **JACOB W. NORRIS, and JUSTIN L. NORRIS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## JOINT STATUS REPORT

---

Plaintiff Westfield Insurance Company ("Westfield") and Defendants Norris Brothers Excavating, LLC ("Norris Brothers"), Jacob W. Norris, and Justin L. Norris (Norris Brothers, Jacob, and Justin collectively, the "Defendants"), by and through their respective counsel, respectfully submit this Joint Status Report as required by the Court's Order dated August 27, 2021 (Doc. 82).

1.  Westfield initiated this action against the Defendants on September 13, 2018, in which Westfield asserted claims against the Defendants sounding in (a) breach of an indemnity agreement (Count I), (b) specific performance of the indemnity agreement for collateral (Count II), (c) specific performance of the indemnity agreement for Access to books and records (Count III), (d) breach of a shareholders agreement (Count IV), (e) equitable indemnity, reimbursement, and exoneration (Count V), (f) *quia timet* (Count VI), (g) conversion of trust funds (Count VII), (h) aiding and abetting breach of fiduciary duty (Count VIII), (i) and money had and received

(Count IX).   (See Doc. 1 and Doc. 20).   Westfield effectuated service of process upon the Defendants on October 22, 2018.  (See Docs. 8, 9, and 10).

2.      The Court referred Westfield and the Defendants to a judicial settlement conference with Judge Randal S. Mashburn by Order entered on January 21, 2020 after this action proceeded toward trial for many months.

3.      Westfield and Defendants participated in a judicial settlement conference with Judge Randal S. Mashburn on January 28, 2020, during which the parties reached a settlement in principle that was subsequently moralized under the terms of the Settlement Agreement attached hereto as **Exhibit 1** (the "Settlement Agreement").

4.      After the Settlement Agreement was executed, Westfield and Defendants submitted their Joint Motion to Administratively Close Action on March 5, 2020 (Doc. 77), which the Court granted on March 9, 2020 (Doc. 78).

5.      Westfield filed its Motion to Reopen Action on June 28, 2021 (Doc. 79) on the grounds that the Defendants had defaulted under the Settlement Agreement, and the Court reopened this action by Order dated June 30, 2021 (Doc. 80).

6.      After the Court reopened this action, the Court conducted an in-person Status Conference on August 27, 2021, during which the Defendants' counsel (a) acknowledged that the Defendants had defaulted under the Settlement Agreement and (b) conveyed the Defendants' belief that the SD-1 case, which is pending in Kentucky, had the potential to fully resolve the underlying obligations of Defendants to Westfield, said litigation then being scheduled for a November trial date.

7.     At the conclusion of the August 27, 2021 Status Conference, the Court ordered Westfield and the Defendants to file a Joint Status Report on or before November 27, 2021 (Doc. 82).

8.     Westfield subsequently filed its Motion for Judgment by Confession against the Defendants on September 24, 2021 (Doc. 83), through which Westfield seeks, among other things, (a) a Judgment against the Defendants by confession in the amount of $354,183.43 pursuant to the terms of the Settlement Agreement and Tenn. Code Ann. § 25-2-101 and (b) the dismissal of Westfield's remaining claims against the Defendants without prejudice Tenn. Code Ann. § 25-2-101(2).

9.     The Defendants have not filed any Response to Westfield's Motion for Judgment by Confession, and the time for doing so has expired under LR 7.01(a)(3).  Moreover, the SD-1 case remains unresolved.

10.     Therefore, Westfield's Motion for Judgment by Confession is ripe for adjudication, and the granting of said Motion would fully resolve all claims and defenses at issue in this action.

Respectfully submitted,

*/s/ Jarrod W. Stone*

Jarrod W. Stone        TN Bar No. 023915
MANIER & HEROD
1201 Demonbreun Street, Suite 900
Nashville, Tennessee 37203
Phone: (615) 244-0030
Fax: (615) 242-4203
JStone@ManierHerod.com

*Attorney for Plaintiff*

*/s/ W.I. Howell Acuff*

W. I. Howell Acuff (TBR#016567)
101 S. Jefferson Avenue
Cookeville, TN  38501
Telephone: (931) 526-6123

Facsimile: (931) 372-8374
Email: howie@acufflawtn.com

*Attorney for Defendants*