UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| WESTFIELD INSURANCE COMPANY, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) NO. 2:18-cv-00081 |
| NORRIS BROTHERS EXCAVATING, LLC, JACOB W. NORRIS, and JUSTIN L. NORRIS, | ) |
| Defendants. | ) |

## ORDER

Plaintiff has filed a Motion for Judgment by Confession ("Motion") (Doc. No. 83). Defendants have not responded, although the time for doing so has long passed. L.R. 7.01. Indeed, Defendants have acknowledged in a joint status report that their deadline to respond to the Motion has expired. (Doc. No. 84 ¶ 9). Accordingly, the Court deems the Motion unopposed. L.R. 7.01 ("If a timely response is not filed, the motion shall be deemed to be unopposed, except for motions to reconsider for which no response shall be permitted unless ordered by the Court."). For that reason, and those set forth in the Motion itself, the Motion (Doc. No. 83) is **GRANTED** and the Court orders as follows: (1) judgment is entered against Defendants, jointly and severally, in the amount of $354,183.43; (2) Plaintiff's remaining claims against Defendants are **DISMISSED WITHOUT PREJUDICE**; (3) the entry of judgment against Defendants shall not prejudice Plaintiff's right to recover any future loss in a subsequent action; and (4) costs are taxed to Defendants, for which execution may issue if necessary.

This is a final order. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE