# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Westfield Insurance Company

                              Plaintiff,

v.                                                       Case No.: 2:18−cv−00081

Norris Brothers Excavating, LLC, et al.

                              Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/6/2022 re [86].

                                                                Lynda M. Hill
                                              s/ Kim Chastain, Deputy Clerk